UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GURPRETT S. PADDA, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    No. 4:21-CV-492-SEP |
| | ) |
| XAVIER BECERRA, et al., | ) |
| | ) |
|    Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Gurprett S. Padda and Interventional Center for Pain Management, P.C. and Defendants Xavier Becerra, Liz Richter and Wisconsin Physician Service Insurance Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the above-styled action with prejudice, all parties to bear their own attorneys' fees and costs.

Dated: November 7, 2022                                         Respectfully submitted,

*/s/ Suzanne J. Moore*                                             */s/ Scott R. Grubman*
Suzanne J. Moore                                                    Scott R. Grubman
Bar No. 45321 (MO)                                                Bar No. 317011 (GA)

United States Attorneys Office - St. Louis           CHILIVIS GRUBMAN LLP
111 S. Tenth Street                                                    1834 Independence Square
20th Floor                                                                   Atlanta, GA 30338
St. Louis, MO 63102                                                 Telephone: 404-233-4171
Telephone: 314-539-2200                                       Facsimile: 404-261-2842
Facsimile: 314-539-2196                                         sgrubman@cglawfirm.com
suzanne.moore@usdoj.gov

                                                                                                                     *Counsel for Plaintiffs*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

| | |
|---|---|
| Suzanne J. Moore | Scott R. Grubman |
| United States Attorneys Office - St. Louis | CHILIVIS GRUBMAN LLP |
| 111 S. Tenth Street | 1834 Independence Square |
| 20th Floor | Atlanta, GA 30338 |
| St. Louis, MO 63102 | Telephone: 404-233-4171 |
| Telephone: 314-539-2200 | Facsimile: 404-261-2842 |
| Facsimile: 314-539-2196 | sgrubman@cglawfirm.com |
| suzanne.moore@usdoj.gov | |

*/s/ Suzanne J. Moore*             */s/ Scott R. Grubman*
Suzanne J. Moore                     Scott R. Grubman